UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80145-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ARTURO ROJAS-GONZALEZ,

       Defendant.
_____/

**DEFENDANT'S UNOPPOSED REQUEST FOR CONTINUANCE OF TRIAL**

    Defendant, Arturo Rojas-Gonzalez, through undersigned counsel, files this unopposed motion to continue his presently scheduled trial date. In support of this request, Defendant states:

    1. Defendant is charged in a multi-count indictment with various offenses stemming from the operation of a prostitution ring. A number of counts in the indictment also allege that minors were forced to work as prostitutes in this ring. The charges are very serious and if convicted Defendant could possibly face life in prison.

    2. The case is currently set for trial during this Court's February 2, 2009 trial calendar.

    3. Discovery is on going in this case. Defendant needs additional time to investigate these allegations and prepare for trial.

    4. Undersigned counsel has conferred with Assistant United States Attorney Daniel Rashbaum who indicates he has no objection to the continuance, and will himself be seeking a trial date in the Spring.

5. Undersigned counsel has also conferred with co-counsel Joel DeFabio and Nathan Clark, who have no objection to the continuance, but was unable to reach Alan Kaiser.

6. Undersigned counsel has discussed the issue of a continuance with her client and has secured his permission to both seek the continuance and waive his right to a speedy trial.

WHEREFORE, for the reasons stated herein, Defendant requests his unopposed motion to continue be granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

 s/ Robin C.Rosen-Evans
Robin C. Rosen-Evans
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 438820
450 Australian Ave. N., Ste 500
West Palm Beach, Florida 33401
Telephone:(561)    833-6288\Fax:(561)    833-0368
E-mail:  Robin_Rosen-Evans@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January 2009 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Robin C. Rosen-Evans
Robin C. Rosen-Evans

SERVICE LIST

**United States of America** v. **Arturo Rojas-Gonzalez**
Case No. 08-80145-Cr-HURLEY/VITUNAC
United States District Court, Southern District of Florida

Daniel Lawrence Rashbaum
Asst. United States Attorney
99 NE 4th Street
Miami, FL 33132-2111
Telephone: (305) 536-6567
Fax: (305) 530-7087
E-Mail: daniel.rashbaum@usdoj.gov

Allan Kaiser
111 NE 1st Street
Ste. 902
Miami, FL 33132
Attorney for Elodia Capilla Diego

Joel DeFabio
1800 SW 27th Ave.
Ste. 204
Miami, FL 33145
Attorney for Sergio Gonzalez Ramos

Nathan Clark
17639 S. Dixie Highway
Miami, FL 33157
Attorney for Raymunda Torres

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80145-Cr-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ARTURO ROJAS-GONZALEZ,

       Defendant.

_____/

**O R D E R**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Continue his presently scheduled trial date, and this Court having been informed of the grounds therefore;

It is hereby ORDERED AND ADJUDGED that Defendant's Unopposed Motion to Continue is GRANTED/DENIED.  A new trial date shall be set by separate order.

DONE AND ORDERED this _____ day of January, 2009, in Chambers at West Palm Beach, Florida.

                                                  _____
                                                  DANIEL T.K. HURLEY
                                                  UNITED STATES DISTRICT COURT JUDGE

cc:    Daniel Rashbaum, AUSA/Miami
        Robin Rosen-Evans, AFPD/WPB