# COURT MINUTES

FILED by ___ D.C.
JAN 20 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA.

U.S. MAGISTRATE JUDGE ANN E. VITUNAC   DATE: 01/20/2009   TIME: 1:30 PM

USA v. ARTURO ROJAS-GONZALEZ (J)   CASE NO. 08-80145-CR-Hurley/Vitunac

LANGUAGE: SPANISH   INTERPRETER: ANA UGARTE / CHRISTINA FERRER

AUSA. DANIEL RASHBAUM ✓   ATTY. ROBIN ROSEN-EVANS, AFPD ✓

AGENT. _____

VIOL. 18: 371, 1591(a)(1), 8: 1328, 1324(a)(1)(A)(v)(1), 1324(a)(1)(A)(iii)

PROCEEDING: EVIDENTIARY HEARING ON MOTION TO SUPPRESS and/or IN LIMINE (DE 29)   (DE )

BOND. DEFT ORDERED DETAINED

COURT REPORTER: SUSAN SUDDARTH - OFFICIAL REPORTING

DISPOSITION: Defendant present with counsel
Defendant withdraws the Motion to Suppress
Defendant argument on Motion in Limine
Government argument
Defendant argument
Court to issue a Report and Recommendation
Written order to be issued

TIME IN COURT: 1:35pm - 1:50pm (15 MINS)   TAPE: AEV-09-09-(1657-2280)