UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80145-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ARTURO ROJAS-GONZALEZ

   Defendant.
_____/

FILED by _____ D.C.

JAN 27 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

  THIS CAUSE is before the Court on general Order of Reference from United States District Judge Daniel T. K. Hurley for disposition of all pending pretrial criminal motions and Order of Reference (DE 39). Pending before the Court is Defendant's Motion to Suppress and/or Motion in Limine (DE 29, DE 36), filed on January 6, 2009. The Government filed its Response on January 16, 2009 (DE 44). On January 20, 2008, the Court held a hearing on Defendant's Motion. This matter is now ripe for review.

  At the hearing, counsel for Defendant withdrew the Motion to Suppress and proceeded solely on the Motion in Limine. The Defendant sought to prevent the introduction of evidence of the Defendant's encounter with law enforcement on June 23, 2006, based on Federal Rules of Evidence 401, 403, and 404(b). Generally, a motion in limine is addressed by the trial court. However, because it was joined with the Motion to Suppress, this Court took up the matter at the hearing. It became clear in the course of the hearing that this Court could not rule on Defendant's Motion in Limine outside of the context

of trial.

Accordingly, it is hereby ORDERED as follows:

1) Defendant's Motion to Suppress (DE 29), having been withdrawn in open court, is DENIED as moot.

2) Defendant's Motion in Limine (DE 36) is reserved to the trier of fact.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this ___24___ day of January 2009.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Daniel T. K. Hurley
All counsel of record