UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80145-CR-HURLEY/VITUNAC (MARRA)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTURO ROJAS-GONZALEZ,

    Defendant.
_____/

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Defendant, Arturo Rojas-Gonzalez, through undersigned counsel, files the following objection to the PreSentence Investigation Report (the PSI) prepared in his case.

At p. 11, ¶ 42, under the subheading **Specific Offense Characteristics**, Defendant's offense level is enhanced by 2 pursuant to § 2G1.3(b)(1)(B) because Defendant "was in the custody, care, or supervisory control of the minor victim." *Application Note 2(A)* directs that the enhancement should apply where the minor is "entrusted to the defendant . . . For example, teachers, daycare providers, baby-sitters, or other temporary care workers . . . in determining whether to apply this enhancement, the court should look to the actual relationship . . . between the defendant and the minor . . . " Defendant denies that he had custody, care, or supervisory control of any minor victim. Defendant drove the minors to various locations where they acted as prostitutes. On occasion he may have arrange for the minors to work at specific brothels. He then shared in some of the

proceeds from the prostitution activity.  He had no other relationship with the minors.  His actions are insufficient to trigger the enhancement.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        *s/ Robin C. Rosen-Evans*
        Robin C. Rosen-Evans
        Assistant Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 438820
        450 Australian Ave. N., Ste 500
        West Palm Beach, Florida 33401
        Telephone:(561)833-6288\Fax:(561)833-0368
        E-mail:  Robin_Rosen-Evans@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the  8th day of July 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        *s/ Robin C. Rosen-Evans*
        Robin C. Rosen-Evans

## SERVICE LIST

**United States of America** v. **Arturo Rojas-Gonzalez**
**Case No. 08-80145-cr-Hurley/Vitunac (Marra)**
**United States District Court, Southern District of Florida**

Daniel Lawrence Rashbaum
Asst. United States Attorney
99 NE 4th Street
Miami, FL 33132-2111
Telephone: (305) 536-6567
Fax: (305) 530-7087
E-Mail: daniel.rashbaum@usdoj.gov