UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80145-Cr-Marra

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGIO GONZALEZ-RAMOS,

    Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The defendant, SERGIO GONZALEZ-RAMOS, by way of objection to the Presentence Investigation Report states as follows:

**Adjustment for Role in the Offense:** As stated in paragraph 25 of the PSI, the defendant operated a brothel. At all times materials to this case the defendant operated said brothel under the supervision and/or direction of other named and unnamed conspirators. More specifically, this conspiracy involves a network of individuals who smuggled illegal aliens into the United States to work as prostitutes at their "authorized' brothels. These individuals operate in a manner similar to narcotics cartels. The defendant is a low level employee of said "cartel" and accordingly should receive a two (2) level decrease as a minor participant.

**Advisory Guidelines Provisions:** Based on a total offense level of 31 and a criminal history category I, the guideline imprisonment range is 108-135 months.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this 7th day of October, 2009.

Respectfully submitted,

BY: s/s Joel DeFabio
JOEL DEFABIO, ESQUIRE
FL Bar No.: 0311529
Florida Lawyer P.A.
999 Ponce De Leon Blvd.
Suite #740
Coral Gables, Florida 33134
(305) 448-7200 (FAX) 444-0913