UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,                        CASE NO.: 08-80145-CR-MARRA
v.

RAYMUNDA TORRES,
        Defendant.
_____/

## **DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO PSI**

COMES NOW the Defendant , through undersigned counsel, and respectfully objects to the following facts set forth in the Presentence Investigation Report (PSI), pursuant to Rule 32, Fed. R. Crim. P. (as effective December 1, 2003), S. D. Fla. L. R. 88.8 and U.S.S.G., section 6A1.3 (b), for her sentencing, as follows:

### **Identifying Data**

The Defendant has a social security number, which is contrary to paragraph 90.

PART A: THE OFFENSE

### **Charge and Conviction and The Offense Conduct**

As to paragraphs 11, 21, or elsewhere, the Defendant's home had a back separate dwelling where the prostitution took place, not in the main home of the defendant. The defendant paid separate rent for the main home.

PART C: OFFENDER CHARACTERISTIC'S

### **Personal and Family Data**

As to paragraph 71, defendant could not recall number of her brother Rosendo Torres in Mexico, and her sister is Catalina in New York. See paragraph 73 also.

As to paragraph 72, defendant's parents are separated.

U.S. v. Torres  Case No. 08-80145-CR-Marra
Defendant's Supplemental Objection to PSI
Page 2 of 3

    As to paragraph 73, defendant's grandmother's name is Juliana.

    As to paragraph 83, defendant was a clothing factory production worker.

    As to paragraph 86, defendant was picked up each week by a van and transported to a different place for vegetable picking.

    As to paragraph 87, defendant was a clothing factory production worker

    WHEREFORE, the Defendant moves the court for the entry of an order sustaining these objections and making the necessary adjustments to the PSI, or for such other relief as is appropriate under the Constitution, Laws, and Sentencing Guidelines of the United States.

    Respectfully submitted,

    Nathan D. Clark, Esquire
    CORAL REEF LAW OFFICES, P.A.
    18330 Franjo Road
    Palmetto Bay, Florida 33157
    Tel.    (305) 255-7500
    Fax    (305) 755-7040


    By:    /s/Nathan D. Clark
            Nathan D. Clark

U.S. v. Torres  Case No. 08-80145-CR-Marra
Defendant's Supplemental Objection to PSI
Page 3 of 3

## CERTIFICATE OF SERVICE and CORRECTED CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on October 16, 2009, I electronically filed the foregoing supplemental document with the Clerk of the Court using CM/ECF and the previous objection was incorrectly certified being filed on October 1 rather than October 16.

By:   /s/Nathan D. Clark
       Nathan D. Clark