Page 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                     Case No. 08-80145-CR-MARRA

UNITED STATES OF AMERICA,      )
                               )
     GOVERNMENT,               )
                               )
     -v-                       )
                               )
ARTURO ROJAS-GONZALEZ,         )
                               )
     DEFENDANT.                )   West Palm Beach, Florida
                               )   August 21, 2009
_____)


              TRANSCRIPT OF SENTENCING PROCEEDINGS

             BEFORE THE HONORABLE KENNETH A. MARRA

                    UNITED STATES DISTRICT JUDGE


Appearances:

FOR THE GOVERNMENT           Jason Linder, AUSA
                             United States Attorney's Office
                             500 East Broward Boulevard
                             Fort Lauderdale, FL 33394


FOR THE DEFENDANT            Robin C. Rosen-Evans, AFPD
                             Federal Public Defender's Office
                             450 Australian Avenue, Suite 500
                             West Palm Beach, FL 33401


Reporter                     Stephen W. Franklin, RMR, CRR, CPE
(561)514-3768                Official Court Reporter
                             701 Clematis Street, Suite 417
                             West Palm Beach, Florida  33401


ALSO PRESENT:                Spanish Interpreter
```

Page 2

1     (Call to the order of the Court.)
2     THE COURT: Good morning, please be seated.
3     Okay. We're here in the case of the United States
4 of America versus Arturo Rojas-Gonzalez, Case Number
5 08-80145-CR-MARRA.
6     May I have counsel state their appearances, please.
7     MR. LINDER: Good morning, Your Honor. Jason
8 Linder, on behalf of the United States, standing in for
9 Marlene Rodriguez.
10     THE COURT: Good morning.
11     MS. ROSEN-EVANS: Good morning, Your Honor. Robin
12 Rosen-Evans, on behalf of Mr. Rojas-Gonzalez, who's to my
13 left.
14     THE COURT: Good morning.
15     And Mr. Rojas-Gonzalez is using an interpreter.
16 May I have the interpreter state her appearance, please.
17     THE INTERPRETER: Good morning, Your Honor, Cecilia
18 Ferrer.
19     THE COURT: Good morning.
20     We are here for sentencing. Have both sides
21 reviewed the presentence investigation report?
22     MR. LINDER: Yes, Your Honor.
23     MS. ROSEN-EVANS: Yes, Your Honor.
24     THE COURT: And has the Defendant reviewed it with
25 counsel?

1              MS. ROSEN-EVANS:  Yes, Your Honor.
2              THE COURT:  All right.  And there were no
3     objections; is that correct?
4              MS. ROSEN-EVANS:  Well, there were objections, Your
5     Honor, but the addendum to the report has resolved the
6     objections.  So there are no outstanding objections.
7              THE COURT:  Then I will adopt the findings of the
8     presentence report as the findings of the Court with the
9     addendum.
10             All right.  What's the Government's position
11    regarding sentencing?
12             MR. LINDER:  Your Honor, the Government's position
13    is that a sentence at the low end of the guideline range is
14    appropriate.  So in this case 135 months, Your Honor.
15             THE COURT:  All right.  Thank you.
16             Ms. Rosen-Evans?
17             MS. ROSEN-EVANS:  Your Honor, we would concur and
18    ask the Court to sentence Mr. Rojas-Gonzalez to the 135
19    months.
20             THE COURT:  All right.  Does Mr. Rojas-Gonzalez
21    wish to say anything?
22             THE DEFENDANT:  Yes.  First of all, I'd like to
23    apologize to God and to you.  I'm repentant, and I really ask
24    you to be kind with me and to have mercy on me.
25             I come from a humble, poor family.  I really -- I

Page 4

1  have two children, I have a family, and when I speak with
2  them, my kids ask me, "when are you coming back, dad," and I
3  don't know what to answer them.  And I really ask you to give
4  me an opportunity, and I ask God to bless you and to bless
5  everybody that's here today, and thank you.
6            THE COURT:  Thank you, sir.
7            Anything else?
8            MR. LINDER:  No, Your Honor.
9            MS. ROSEN-EVANS:  No, Your Honor.
10           THE COURT:  The Court has considered the statements
11 of all the parties, the presentence report, which contains
12 the advisory guidelines, as well as the statutory factors set
13 forth in 18 U.S.C., Section 3553(a)(1) through (7).  Based
14 upon the facts of the case, the sentence will be imposed
15 within the advisory guideline range at the low end of the
16 guideline range.
17           It's the finding of the Court the Defendant is not
18 able to pay a fine.
19           Pursuant to the Sentencing Reform Act of 1984, it's
20 the judgment of the Court that the Defendant, Arturo
21 Rojas-Gonzalez, is hereby committed to the custody of the
22 Bureau of Prisons to be imprisoned for 135 months.  This term
23 consists of 60 months as to Count 1 and 135 months as to
24 Count 2, all to be served concurrently with each other.
25           It is further ordered that pursuant to Section 18,

1  U.S.C. -- excuse me, Title 18, U.S.C., Section 3664(d)(5),
2  the victim's losses are not yet ascertainable, and therefore
3  the Court will set a date for final determination of the
4  victim's losses not to exceed 90 days after sentencing.
5         Upon release from imprisonment, the Defendant shall
6  be placed on supervised release for a term of 15 years.  This
7  term consists of three years as to Count 1 and 15 years as to
8  Count 2, all such terms to run concurrently.
9         Within 72 hours of his release from the custody of
10 the Bureau of Prisons, the Defendant shall report in person
11 to the probation office in the district where he's released.
12         While on supervised release, the Defendant shall
13 not commit any crimes, he shall be prohibited from possessing
14 a firearm or other dangerous devices, and he shall not
15 possess a controlled substance.  In addition, he shall
16 cooperate in the collection of DNA and shall comply with the
17 standard conditions of supervised release that have been
18 adopted by this court, as well as the following special
19 conditions:
20         Surrendering to Immigration for removal after
21 imprisonment, no contact with minors, no contact with minors
22 in employment, Adam Walsh search -- Adam Walsh Act search
23 condition, and sex offender registration, as noted in Part G
24 of the presentence report.
25         The Defendant shall also immediately pay to the

Page 6

1  United States a special assessment of $100 as to each of
2  Counts 1 and 2, for a total $200.
3         The total sentence is 135 months' imprisonment, 15
4  years' supervised release, $200 in special assessment, and
5  restitution to be determined within 90 days.
6         The Court also orders forfeiture of the Defendant's
7  right, title and interest in property consistent with the
8  plea agreement and requests that the United States submit a
9  proposed order of forfeiture within three business days of
10 this proceeding.
11        Now that sentence has been imposed, does the
12 Defendant or his counsel object to the Court's findings of
13 fact or the manner in which sentence was pronounced?
14        MS. ROSEN-EVANS:  No, Your Honor, thank you.
15        THE COURT:  Does the Government?
16        MR. LINDER:  No, Your Honor.
17        THE COURT:  All right.  Mr. Rojas-Gonzalez, you
18 have the right to appeal the sentence that's been imposed
19 except to the extent you may have waived that right in your
20 plea agreement.  If you wish to file an appeal, you must file
21 your notice of appeal within ten days from the date judgment
22 is entered in this case, and if you're unable to pay for the
23 cost of an appeal, you may seek leave to file the appeal in
24 forma pauperis.
25        Any recommendations, Ms. Rosen-Evans?

Page 7

1  MS. ROSEN-EVANS: He has no family in this country,
2  Your Honor, so I would imagine it wouldn't matter in terms of
3  visitation. So, no, Your Honor.
4  THE COURT: All right. Thank you very much. Good
5  luck, sir.
6  MS. ROSEN-EVANS: Thank you, Your Honor.
7  (Proceedings concluded.)
8  * * * * *
9  CERTIFICATE
10  I, Stephen W. Franklin, Registered Merit Reporter, and
11  Certified Realtime Reporter, certify that the foregoing is a
12  correct transcript from the record of proceedings in the
13  above-entitled matter.
14  Dated this 22nd day of SEPTEMBER, 2010.
15
16  /s/Stephen W. Franklin
   _____
17  Stephen W. Franklin, RMR, CRR
18
19
20
21
22
23
24
25