U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 09-CR-80145-KAM

UNITED STATES OF AMERICA

v.

Rojas-Gonzalez, et al.

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for Trial on Monday, October 19, 2015 at 701 Clematis Street, Room 316, West Palm Beach, FL 33401.

2. SERGIO GONZALEZ RAMOS, Reg.No. 82028-004, a material witness for the United States in this case, is now confined in CI D. Ray James at Highway 252 East, Folkston, GA 31537.

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at 701 Clematis Street, Room 316, West Palm Beach, FL 33401.

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said SERGIO GONZALEZ RAMOS, Reg.No. 82028-004 and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *[signature]*
OLIVIA S. CHOE
Assistant United States Attorney

cc: U.S. Attorney ( Olivia S. Choe )