U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 09-CR-80145-KAM

UNITED STATES OF AMERICA

v.

Rojas-Gonzalez, et al.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   ANY UNITED STATES MARSHAL, and

WARDEN, FCI Tallahassee, 501 Capital Circle, NE, Tallahassee, FL 32301

It appearing from the petition of the United States of America that ELODIA CAPILLA DIEGO, Reg.No. 82023-004, a material witness for the United States in the above entitled case, is confined in the FCI Tallahassee at 501 Capital Circle, NE, Tallahassee, FL 32301 and that this case is set for Trial at 701 Clematis Street, Room 316, West Palm Beach, FL 33401 on Monday, October 19, 2015 and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of ELODIA CAPILLA DIEGO, Reg.No. 82023-004 now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street, Room 316, West Palm Beach, FL 33401 by or before 9:00, A. M., on Monday, October 19, 2015, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of FCI Tallahassee at 501 Capital Circle, NE, Tallahassee, FL 32301 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of ELODIA CAPILLA DIEGO, Reg.No. 82023-004 for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, Florida, this 10th day of September, 2015

UNITED STATES MAGISTRATE JUDGE
Honorable William C. Turnoff

cc:   U.S. Attorney ( Olivia s. Choe )

U.S. Marshal (3 certified copies)
Chief Probation Officer